UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-20192-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TELCY DICKENS PIERRE**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Alicia Otazo-Reyes Following Change of Plea Hearing [ECF No. 24]. On October 4, 2021, Magistrate Judge Otazo-Reyes held a Change of Plea hearing [ECF No. 21] during which Defendant pled guilty to Count Three of the Indictment [ECF No. 3] pursuant to a written plea agreement [ECF No. 22] and factual proffer [ECF No. 23]. Magistrate Judge Otazo-Reyes thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 3, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count 3 [ECF No. 24]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 24] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Telcy Dickens Pierre as to Count Three of the Indictment is **ACCEPTED**;

CASE NO. 21-20192-CR-CANNON

3. Defendant Telcy Dickens Pierre is adjudicated guilty of Count Three of the Indictment, which charges him with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts 1 and 2 against the Defendant at sentencing [ECF No. 22 (plea agreement)]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of October 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record